# Chapter 13 Trustees
# Eastern District of North Carolina

## CERTIFICATE OF COMPLETION

Is hereby granted to:

Dana Shane Cope

11-02112-8-SWH

to certify that he/she has satisfactorily completed

the

Financial Management Course

*Jeffrey Strayer*
Debtor Educator

**CERTIFIED**

**13-APR 2011**

**CHAPTER 13 TRUSTEES**