UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
DANA SHANE COPE
SSN: XXX-XX-1599

CASE NO: 11-02112-8-SWH
CHAPTER 13

DEBTOR

## NOTICE OF FINAL CURE PAYMENT AND
## COMPLETION OF PAYMENTS UNDER THE PLAN

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, John F. Logan, files this Notice of Final Cure Payment and Completion of Payments Under the Plan. The amount required to cure the default in the claim listed below has been paid in full and the Debtor has completed all payments under the Plan.

**Creditor:**         STATE EMPLOYEES CREDIT UNION
**Court Claim#:**     2-1
**Account#:**         4091

The Trustee has disbursed a total of $72,541.00 to the Creditor representing post-petition mortgage payments for the months 6/1/2011 through 10/1/2013. All post-petition contractual mortgage payments owed to the Creditor have been paid in full. **As of 10/25/2013 the total amount due on this mortgage was $371,240.84**. The Trustee has instructed the Debtor to resume making the contractual monthly mortgage payments directly to the Creditor beginning with the payment due on 11/1/2013.

In addition to the contractual post-petition mortgage payments, the Creditor was also allowed a pre-petition arrearage claim in the amount of $5,090.00. This claim has been paid in full.

Within 21 days of the service of this Notice, the Creditor **MUST** file and serve a statement on the Debtor, Debtor's counsel and the Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), indicating: whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). Should the holder of the claim fail to fully comply, sanctions may be ordered under Federal Rule of Bankruptcy Procedure 3002.1(i).

Dated: November 21, 2013

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

## CERTIFICATE OF SERVICE

      I hereby certify that this day I have served a copy of this Notice of Final Cure Payment and Completion of Payments Under the Plan upon the parties to this action as indicated, electronically or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to counsel for said parties, this 21st day of November, 2013.

*/s/ Anna Maroun*

Anna Maroun, NCCP
Case Administrator

**COPIES TO:**

**DEBTOR**
DANA SHANE COPE
1900 STURBRIDGE COURT
RALEIGH, NC 27612

**ATTORNEY FOR DEBTOR**     (via Electronic Mail)
JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS RD.
RALEIGH, NC 27615

**CREDITOR**
STATE EMPLOYEES CREDIT UNION
ATTN: LORI BARNES
LOSS MITIGATION DEPT.
P.O. BOX 25279
RALEIGH, NC 27611-5279