UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

Dana S. Cope

11-02112
Acct # 4091
CHAPTER 13

RESPONSE TO NOTICE OF FINAL CURE

COMES NOW, State Employees' Credit Union, and hereby responds to the Trustee's Notice of Final Cure. We agree that the pre-petition arrearage has been cured. The account is contractually due for January 1, 2014.

This the 22nd day of November, 2013.

Lori G. Barnes
Bankruptcy Manager
State Employees' Credit Union
PO Drawer 25279
Raleigh NC 27611
(800) 861-8311

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, I have served a copy of this notice and all attachments to the following by US mail, postage pre paid, and via filing with the US Bankruptcy Court's CM ECF system:

**Debtor's Address: Served by US mail**

Dana S. Cope
1900 Sturbridge Court
Raleigh, NC 27612

**Attorney: Served by US Mail and CM ECF System**

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh NC 27615

**Trustee: Served by CM ECF System**

John F. Logan
Office of the Chapter 13 Trustee
Via electronic notice

*Lori G. Barnes*
Lori G. Barnes
Bankruptcy Manager
State Employees' Credit Union