UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
**Dana Shane Cope**

Case No.  11-02112-8-SWH
Chapter   13

Social Security No. xxx-xx-1599
Address: 1900 Sturbridge Court, Raleigh, NC 27612-

Debtor

**CERTIFICATION BY DEBTOR REGARDING
(1) DISCHARGES IN PRIOR CASES AND
(2) PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS**

I certify that:

1. I have not received a discharge in a bankruptcy case filed under chapter 7, 11, or 12 during the four-year period preceding the date of the order for relief under this chapter (which is the date on which the petition in this case was filed); and I have not received a discharge in a case filed under chapter 13 during the two-year period preceding the date of the order for relief.

   (Please check only 1 of the following boxes)

2. [X] I am NOT required, by a judicial or administrative order or by statute, to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A);

   [ ] I am required, by a judicial or administrative order or by statute, to pay domestic support obligation as defined in 11 U.S.C. § 101(14A), and all amounts payable under such order or statute that are due on or were due before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

I declare under penalty of perjury that the foregoing certifications are true and correct.

Dated: 1/29/14

_____
Dana Shane Cope