Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 11-02112-8-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: February 12, 2014

In Re:

DANA SHANE COPE
1900 STURBRIDGE COURT
RALEIGH, NC  27612

SSN (1): XXX-XX-1599

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court.  If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee,  the debtor(s) and counsel for the debtor(s).  If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.

1. The case was filed on March 18, 2011 and confirmed on June 13,  2011.
   The case was subsequently Completed (J) on January 23, 2014.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $90,179.09.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| CORPORATE RECEIVABLES, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FRONTIER FINANCIAL GROUP | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC RETAIL SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HOUSEHOLD RETAIL SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE CARDMEMBER SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FREDERICK J HANNA & ASSOCIATES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| VALENTINE & KEBARTAS, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| APEX FINANCIAL MANAGEMENT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE CARDMEMBER SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| EQUABLE ASCENT FINANCIAL, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PHILLIPS & COHEN ASSOCIATES, LTD | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE CARDMEMBER SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENCHANCED RECOVERY CORPORATION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GC SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GC SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GC SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MONARCH RECOVERY MANAGEMENT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BERNHARDT & STRAWSER | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DILLARD'S | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY CORP. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GE MONEY BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCC BUSINESS SERVICES INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PINNACLE FINANCIAL GROUP | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCOVER CARD SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENCORE RECEIVABLE MANAGEMENT, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENCORE RECEIVABLE MANAGEMENT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTEGRITY FINANCIAL PARTNERS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERGRITY FINANCIAL PARTNERS, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BUDZIK & DYNIA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONAL ENTERPRISE SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SESSOMS & ROGERS ATTY AT LAW | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BUDZIK & DYNIA, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| CREDITORS INTERCHANGE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JUNIPER BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SESSOMS & ROGERS ATTY AT LAW | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIED INTERSTATE INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENCORE RECEIVABLE MANAGEMENT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MELINDA COPE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CANDICA, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BACK BOWL I | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| VANDA, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $9,003.00 | $9,003.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | DIRECT | $5,676.22 | $0.00 | $0.00 | $0.00 |
| ANNA KATHY COPE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| BEST BUY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE BANK USA, NA | UNSECURED | $10,587.57 | $0.00 | $0.00 | $0.00 |
| MIDLAND FUNDING, LLC | UNSECURED | $6,472.29 | $0.00 | $0.00 | $0.00 |
| CHASE BANK USA, NA | UNSECURED | $5,044.39 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $12,682.12 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $32,549.92 | $0.00 | $0.00 | $0.00 |
| BACK BOWL I | UNSECURED | $1,362.56 | $0.00 | $0.00 | $0.00 |
| DISCOVER BANK | UNSECURED | $11,517.60 | $0.00 | $0.00 | $0.00 |
| FIA CARD SERVICES | UNSECURED | $11,671.27 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $8,852.71 | $0.00 | $0.00 | $0.00 |
| VANDA, INC. | UNSECURED | $4,717.72 | $0.00 | $0.00 | $0.00 |
| BARCLAYS BANK DELAWARE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PARK WEST GALLERY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GE MONEY BANK | UNSECURED | $3,905.43 | $0.00 | $0.00 | $0.00 |
| STATE EMPLOYEES CREDIT UNION | SECURED - ONGOING MTG | $0.00 | $72,541.00 | $0.00 | $0.00 |
| STATE EMPLOYEES CREDIT UNION | ARREARS MORTGAGE | $5,090.00 | $5,090.00 | $0.00 | $0.00 |

4. Summary of disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $10,766.22 | $9,003.00 | $109,363.58 | $0.00 | $129,132.80 |
| **Principal Paid** | $5,090.00 | $9,003.00 | $0.00 | $72,541.00 | $86,634.00 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $0.00 and was paid $0.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $1,704.10 for expenses and $1,704.09 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $136.90.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc: DANA SHANE COPE

JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS RD.
RALEIGH, NC  27615

Dated: February 12, 2014

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box  61039
Raleigh, NC  27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DANA SHANE COPE  CASE NUMBER: 1102112
DEBTOR 2 NAME:

I ___Robert J Wallace, Jr.___ certify under penalty of perjury that I hace server the attached document on the below listed entities in the manner shown on ___2/13/2014___:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ALLIED INTERSTATE INC,3000 CORPORATE EXCHANGE DRIVE,5TH FLOOR,COLUMBUS OH 43231
ANNA KATHY COPE,2300 AVERSBORO ROAD,GARNER NC 27529
APEX FINANCIAL MANAGEMENT,1120 WEST LAKE COOKE ROAD,STE A,BUFFALO GROVE IL 60089
BACK BOWL I,c/o: WEINSTEIN & RILEY I,PO BOX 3978,SEATTLE WA 98124
BACK BOWL I,c/o: WEINSTEIN & RILEY, PS,2001 WESTERN AVE.,SUITE 400 SEATTLE WA 98121
BARCLAYS BANK DELAWARE,CARD SERVICES,PO BOX 8802,WILMINGTON DE 19899-8802
BERNHARDT & STRAWSER,5821 FAIRVIEW ROAD,SUITE 100,CHARLOTTE NC 28209
BEST BUY,C/O HOUSEHOLD RETAIL SERVICES,PO BOX 15521,WILMINGTON DE 19850-5521
BUDZIK & DYNIA, LLC,4849 N MILWAUKEE AVENUE,SUITE 801,CHICAGO IL 60630
BUDZIK & DYNIA,ATTN: MNG AGT,4849 N. MILWAUKEE AVE.,CHICAGO IL 60630
CANDICA, LLC,c/o: WEINSTEIN & RILEY, PS,2001 WESTERN AVENUE,SUITE 400 SEATTLE WA 98121
CHASE BANK USA, NA,PO BOX 15145,WILMINGTON DE 19850
CHASE CARDMEMBER SERVICE,POST OFFICE 15548,WILMINGTON DE 19886-5548
CHASE CARDMEMBER SERVICE,POST OFFICE BOX 15298,WILMINGTON DE 19850-5298
CITIBANK,PO BOX 6077,SIOUX FALLS SD 57117-6077
CITIBANK,POST OFFICE BOX 6500,SIOUX FALLS SD 57117-6500
CORPORATE RECEIVABLES, INC.,PO BOX 32995,PHOENIX AZ 85064-2995
CREDITORS INTERCHANGE,ATTN:  MANAGER,80 HOLTZ DR., STE. 114,BUFFALO NY 14225
DANA SHANE COPE,1900 STURBRIDGE COURT,RALEIGH NC 27612
DILLARD'S,PO BOX 981471,EL PASO TX 79998
DILLARD'S,c/o: GE MONEY BANK,PO BOX 103104,ROSWELL GA 30076
DISCOVER BANK,DB SERVICING CORPORATION,PO BOX 3025,NEW ALBANY OH 43054
DISCOVER CARD SERVICES,PO BOX 30421,SALT LAKE CITY UT 84130-0421
DISCOVER CARD,PO BOX 30943,SALT LAKE UT 84130
ECAST SETTLEMENT CORPORATION,PO BOX 29262,NEW YORK NY 10087-9262
ENCHANCED RECOVERY CORPORATION,8014 BAYBERRY ROAD,JACKSONVILLE FL 32256
ENCORE RECEIVABLE MANAGEMENT, INC,PO BOX 1880,SOUTHGATE MI 48195
ENCORE RECEIVABLE MANAGEMENT,400 N. ROGERS RD.,OLATHE KS 66063-3330
ENCORE RECEIVABLE MANAGEMENT,PO BOX 3330,OLATHE KS 66063-3330
ENHANCED RECOVERY CORP.,8014 BAYBERRY ROAD,JACKSONVILLE FL 32256
EQUABLE ASCENT FINANCIAL, LLC,1120 WEST LAKE COOK ROAD,SUITE B,BUFFALO GROVE IL 60089
FIA CARD SERVICES,PO BOX 15026,WILMINGTON DE 19850-5026
FIA CARD SERVICES,SUCCESSOR IN INTEREST TO,BANK OF AMERICA; MBNA AMERICA BK,1000 SAMOSET DR. DE5-023-03-03 NEWARK DE 19713
FREDERICK J HANNA & ASSOCIATES,1427  ROSWWLL ROAD,MARIETTA GA 30062
FRONTIER FINANCIAL GROUP,631 N STEPHANIE ST #419,HENDERSON NV 89014
GC SERVICES,6330 GULFTON,HOUSTON TX 77081
GC SERVICES,PO BOX 3232,HOUSTON TX 77253
GC SERVICES,PO BOX 663,ELGIN IL 60121
GE MONEY BANK,ATTN: BANKRUPTCY DEPARTMENT,PO BOX 960061,ORLANDO FL 32896
GE MONEY BANK,PO BOX 981469,EL PASO TX 79998
HOUSEHOLD RETAIL SERVICES,PO BOX 4144,CAROL STREAM IL 60197-4144
HSBC RETAIL SERVICES,PO BOX 5244,CAROL STREAM IL 60197-5244

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :___2/13/2014___        Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DANA SHANE COPE  
DEBTOR 2 NAME:  
CASE NUMBER: 1102112

I_____Robert J Wallace, Jr._____ certify under penalty of perjury that I hace server the attached document on the below listed entities in the manner shown on ___2/13/2014___:

INTEGRITY FINANCIAL PARTNERS,PO BOX 11530,OVERLAND PARK KS 66207  
INTERGRITY FINANCIAL PARTNERS, INC,4370 WEST 109TH STREET,SUITE 100,OVERLAND PARK KS 66211  
INTERNAL REVENUE SERVICE,ATTN:  CORRESPONDENCE,PO BOX 7346,PHILADELPHIA PA 19101-7346  
INTERNAL REVENUE SERVICE,ATTN:  MANAGER OR REG. AGENT,PO BOX 7317,PHILADELPHIA PA 19101-7317  
JOHN T. ORCUTT,ATTORNEY AT LAW,6616-203 SIX FORKS RD.,RALEIGH NC 27615  
JUNIPER BANK,PO BOX 8802,WILMINGTON DE 19899-8802  
JUNIPER BANK,PO BOX 8833,WILMINGTON DE 19899-8833  
MELINDA COPE,1900 STURBRIDGE COURT,RALEIGH NC 27612  
MIDLAND FUNDING, LLC,by AMERICAN INFOSOURCE, LP,PO BOX 4457,HOUSTON TX 77210  
MONARCH RECOVERY MANAGEMENT,FORMERLY ACADEMY COLLECTION SERVICE,10965 DECATUR ROAD,PHILADELPHIA PA 19154  
NATIONAL ENTERPRISE SYSTEMS,29125 SOLON RD.,SOLON OH 44139  
NCC BUSINESS SERVICES INC,9428 BAYMEADOWS ROAD,#200,JACKSONVILLE FL 32256  
PARK WEST GALLERY,C/O GE MONEY BANK,PO BOX 103106,ROSWELL GA 30076  
PHILLIPS & COHEN ASSOCIATES, LTD,1002 JUSTISON STREET,WILMINGTON DE 19801  
PINNACLE FINANCIAL GROUP,PO BOX 4115,CONCORD CA 94524-4115  
SESSOMS & ROGERS ATTY AT LAW,3326 CHAPEL HILL BLVD,SUITE A-200,DURHAM NC 27707  
STATE EMPLOYEES CREDIT UNION,ATTN:  LORI BARNES,LOSS MITIGATION DEPT.,P.O. BOX 25279 RALEIGH NC 27611-5279  
STATE EMPLOYEES CREDIT UNION,LORI BARNES,LOSS MITIGATION DEPARTMENT,PO BOX 25279 RALEIGH NC 27611-5279  
VALENTINE & KEBARTAS, INC,PO BOX 325,LAWRENCE MA 1842  
VANDA, INC.,c/o: WEINSTEIN & RILEY, PS,PO BOX 3978,SEATTLE WA 98124  
VANDA, LLC,c/o: WEINSTEIN & RILEY, PS,2001 WESTERN AVENUE,SUITE 400 SEATTLE WA 98121  
WAKE COUNTY REVENUE DEPARTMENT,ATTN:  MANAGER OR REG. AGENT,PO BOX 2331,RALEIGH NC 27602  

By Electronic Transmittal :  
By Fax :  

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :___2/13/2014___        Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134